192 So.2d 135

**ST. PAUL MERCURY INDEMNITY CO.**

**v.**

David I. PATTEN doing business as Patten's Welding Company (State of Louisiana Garnishee).

No. 48135.

Nov. 7, 1966.

Rehearing Denied Dec. 12, 1966.

Jack P. F. Gremillion, Atty. Gen., Harry Fuller, Asst. Atty. Gen., John L. Avant, Sp. Asst. Atty. Gen., for applicant.

Weinstein, Bronfin & Heller, New Orleans, Breazeale, Sachse & Wilson, Victor A. Sachse, W. Frank Gladney, Baton Rouge, for respondents.

SUMMERS, Justice.

This case having been consolidated with Weinstein, Bronfin & Heller et al. v. LeBlanc, (State of Louisiana Garnishee) La., 192 So.2d 130, and the issues being identical in all cases, the reasons we assigned in Weinstein, Bronfin & Heller, et al. v. Dudley J. LeBlanc (State of Louisiana Garnishee) apply here.

Accordingly, it is ordered, adjudged and decreed that the judgment of the Court of Appeal be reversed and there be judgment herein dismissing plaintiff's suit at its cost.